UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. ... , E.D.N.Y.
★ JUL 2 6 2005 ★
BROOKLYN OFFICE

-----------------------------------------------------------------

BRUCE RIGNEY,

        Plaintiff,

**ORDER OF DISCONTINUANCE**

v.

CV-02-4798 (NGG)

K-SEA TRANSPORTATION CORP., et al.,

        Defendants.

-----------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
              July 25, 2005